# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:20-cv-04920-MKV |

## **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Samantha Barrett Badlam, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Pfizer Inc., in the above- captioned action. I am in good standing of the bars of the State of California and District of Columbia, as shown in the attached Certificates of Good Standing, and there are no pending disciplinary proceedings against me in any state or federal court.

Attached to this motion are: (1) Certificates of Good Standing, issued within the past thirty days; (2) the declaration required by Local Rule 1.3(c); and (3) a proposed order.

Dated: June 29, 2020

                                                        Respectfully Submitted,

                                                        /s/ *Samatha Barrett Badlam*
                                                        Samantha Barrett Badlam
                                                        ROPES & GRAY LLP
                                                        2099 Pennsylvania Avenue, N.W.
                                                        Washington, D.C. 20006-6807
                                                        Telephone: (202) 508-4600
                                                        Fax: (202) 383-8387
                                                        samantha.badlam@ropesgray.com



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### SAMANTHA NICOL BARRETT

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that* **SAMANTHA NICOL BARRETT,** *#245480, was on the* **1st** *day of* **December, 2006,** *duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of June, 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Robert R. Toy, Senior Deputy Clerk*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Samantha Barrett Badlam*

was duly qualified and admitted on October 12, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 19, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PFIZER INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-04920-MKV |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et al.* ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF SAMANTHA BARRETT BADLAM
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, SAMANTHA BARRETT BADLAM, hereby declare as follows:

1) I am of counsel with the law firm of Ropes & Gray LLP, 2099 Pennsylvania Avenue, N.W., District of Columbia, 20006.

2) I submit this declaration in support of the motion for admission *pro hac vice* as counsel for Plaintiff, Pfizer Inc. in the above-captioned action.

3) I am admitted and, as shown in the attached Certificates of Good Standing, currently in good standing to practice law in the State of California and District of Columbia.

4) I have never been convicted of a felony.

5) I have never been censured, suspended, disbarred or denied admission or re-admission by any court.

6) There are no disciplinary proceedings presently against me.

- 2 -

      I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 29, 2020

                                  Respectfully Submitted,

                                  /s/ *Samatha Barrett Badlam*
                                  Samantha Barrett Badlam
                                  ROPES & GRAY LLP
                                  2099 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20006-6807
                                  Telephone: (202) 508-4600
                                  Fax: (202) 383-8387
                                  samantha.badlam@ropesgray.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PFIZER INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:20-cv-04920-MKV |

[PROPOSED] ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The motion of Samantha Barrett Badlam, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of California and the District of Columbia, and that her contact information is as follows:

> Samantha Barrett Badlam
> ROPES & GRAY LLP
> 2099 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006-6807
> Telephone: (202) 508-4600
> Fax: (202) 383-8387
> samantha.badlam@ropesgray.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Pfizer Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

-2-

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

So ordered:

_____
Mary Kay Vyskocil,
United States District Judge