UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC.,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*<br><br>                Defendants. | Case No. 1:20-cv-04920-MKV |

## AFFIDAVIT OF MAILING

I, JOHN FIGURA, hereby state that:

On the 30th day of June, 2020, I caused to be deposited in the United States Mail a package containing a copy of the summons and complaint in the above-captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

    US Department of Health and Human Services
    200 Independence Avenue, SW
    Washington, DC 20201

Attached and made a part of this affidavit is the United States Postal Service tracking for certified mail, **7018-2290-0001-3682-7345**, showing delivery to the above-referenced defendant on July 2, 2020.

I declare under penalty of Perjury that the foregoing is true and correct.

Dated: 7/8/2020

                                                                             John Figura

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE…

# USPS Tracking®

FAQs >

**Track Another Package +**

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70182290000136827345

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:56 am on July 2, 2020 in WASHINGTON, DC 20201.

## ⊘ Delivered

July 2, 2020 at 10:56 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201

Get Updates ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| Postal Product: | Features: | See tracking for related item: |
|---|---|---|
| Priority Mail® | Certified Mail™ | 9590940247988344726376 (/go/TrackConfirmAction?tLabels=9590940247988344726376) |
| | Up to $50 insurance included. Restrictions Apply ⓘ | |

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

