

October 2, 2020

**VIA ECF**
Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Pfizer Inc. v. U.S. Department of Health and Human Services et al.*
            **Case No.:  20-cv-04920-MKV**

Dear Judge Vyskocil:

    As counsel for Pfizer Inc. ("Pfizer") in the above-captioned matter, we write to inform you that in accordance with this Court's scheduling order of August 31, 2020 (Dkt. 30) Pfizer has received today a copy of the certified administrative record from the government. Pfizer is presently reviewing the contents of that record to determine whether it contains trade secret or other similar information that would require redactions. We understand the Government will file the record via ECF after that review is complete. No changes to the briefing schedule are contemplated by this letter and Pfizer anticipates filing its Motion for Summary Judgement by October 16, 2020.

                              Sincerely,

| /s/ Joan McPhee | /s/ Ilana H. Eisenstein |
|---|---|
| Joan McPhee | Ilana H. Eisenstein (pro hac vice) |
| Joan.McPhee@ropesgray.com | ilana.eisenstein@dlapiper.com |
| ROPES & GRAY LLP | DLA PIPER LLP (US) |
| 1211 6th Avenue | One Liberty Place |
| New York, NY 10036 | 1650 Market Street, Suite 5000 |
| (212) 596-9000 (voice) | Philadelphia, PA 19103-7300 |
| (212) 596-9090 (fax) | (215) 656-3300 (voice) |
| | (215) 656-3301 (fax) |
| Douglas Hallward-Driemeier (pro hac vice) | |
| Douglas.Hallward-Driemeier@ropesgray.com | Loren H. Brown |
| Samantha Barrett Badlam (pro hac vice) | loren.brown@dlapiper.com |
| Samantha.Badlam@ropesgray.com | DLA PIPER LLP (US) |
| ROPES & GRAY LLP | 1251 Avenue of the Americas |
| 2099 Pennsylvania Avenue NW | New York, NY 10020-1104 |
| Washington, DC 20006 | (212) 335-4500 (voice) |
| (202) 508-4600 (voice) | (212) 335-4501 (fax) |
| (202) 508-4650 (fax) | |

                              *Attorneys for Plaintiff Pfizer, Inc.*