UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC.<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF INSPECTOR GENERAL, and CHRISTI A. GRIMM, in her official capacity as Acting Inspector General in the Office of Inspector General for the U.S. Department of Health and Human Services,<br><br>     Defendants. | Case No. 1:20-cv-4920-MKV<br><br>**ORAL ARGUMENT REQUESTED** |

## **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiff Pfizer, Inc. hereby moves this Court before the Honorable Mary Kay Vyskocil, United States District Judge at the United States Courthouse for the Southern District of New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in Plaintiff's favor on its claims under the Declaratory Judgment Act (28 U.S.C. § 2201) (Counts I, II, and III) and the Administrative Procedures Act (5 U.S.C. § 702) (Count IV), and granting such other relief as the Court may deem just and proper.

Dated: October 16, 2020                    Respectfully submitted,

/s/ Joan McPhee
Joan McPhee
Joan.McPhee@ropesgray.com
ROPES & GRAY LLP
1211 6th Avenue
New York, NY 10036
(212) 596-9000 (voice)
(212) 596-9090 (fax)

Douglas Hallward-Driemeier (pro hac vice)
Douglas.Hallward-Driemeier@ropesgray.com
Samantha Barrett Badlam (pro hac vice)
Samantha.Badlam@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4600 (voice)
(202) 508-4650 (fax)

Ilana H. Eisenstein (pro hac vice)
ilana.eisenstein@dlapiper.com
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
(215) 656-3300 (voice)
(215) 656-3301 (fax)

Loren H. Brown
loren.brown@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500 (voice)
(212) 335-4501 (fax)

*Attorneys for Plaintiff Pfizer, Inc.*