

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

November 16, 2020

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

                 Re:     *Pfizer Inc. v. United States Department of Health and Human Services, et al.*, No. 20 Civ. 4920 (MKV)

Dear Judge Vyskocil:

       This Office represents the defendants (the "Government") in the above-referenced action. We write to note that, contemporaneous with the filing of the Government's Opposition to Pfizer's Motion for Summary Judgment and Motion to Dismiss the Complaint or for Summary Judgment, the Government is filing the Administrative Record in this matter. In correspondence dated October 2, 2020, Pfizer's counsel noted that the Government had served Pfizer with the certified Administrative Record, and that Pfizer was reviewing the contents of the record to determine whether it contained information that would require redactions. *See* ECF No. 32. Pfizer's counsel subsequently informed the undersigned that Pfizer did not intend to make a motion to redact any information from the Administrative Record. Therefore, the Government files herewith the Administrative Record relating to the agency actions challenged in this lawsuit.

       Thank you for your consideration of this matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | AUDREY STRAUSS<br>Acting United States Attorney for<br>the Southern District of New York |
| MICHELLE R. BENNETT<br>Assistant Branch Director |  |
|  | By: /s/ *Rebecca S. Tinio* |
| JUSTIN M. SANDBERG<br>Senior Trial Counsel<br>R. CHARLIE MERRITT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel.: (202) 514-5838/(202) 616-8098<br>justin.sandberg@usdoj.gov<br>robert.c.merritt@usdoj.gov | REBECCA S. TINIO<br>JACOB M. BERGMAN<br>JACOB T. LILLYWHITE<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel.: (212) 637-2774/2776/2639<br>Fax: (212) 637-2686<br>rebecca.tinio@usdoj.gov<br>jacob.bergman@usdoj.gov<br>jacob.lillywhite@usdoj.gov |

cc (via ECF):

Douglas Hallward-Driemeier
Ilana H. Eisenstein
ROPES & GRAY LLP
*Attorneys for Plaintiff*