UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF INSPECTOR GENERAL, and CHRISTI A. GRIMM, in her official capacity as Acting Inspector General in the Office of Inspector General for the U.S. Department of Health and Human Services, <br><br> Defendants. | Case No. 1:20-cv-4920-MKV |

### NOTICE OF MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

PLEASE TAKE NOTICE that upon the accompanying Declaration of Jennifer C. Guest, the proposed *amicus curiae* brief attached thereto, and upon the accompanying Memorandum of Law, the Pharmaceutical Research and Manufacturers of America ("PhRMA") shall move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, at a date and time to be determined by the Court, for an order granting leave to file the attached *amicus curiae* brief and granting such other relief as the Court deems just and proper.

|  |  |
|---|---|
| Dated: December 7, 2020. | Respectfully Submitted,<br><br>*/s/ Jennifer C. Guest*<br><br>Joel McElvain (*pro hac vice application pending*)<br>Jennifer C. Guest<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>Telephone: (202) 626-9260<br>Email: jguest@kslaw.com<br><br>*Counsel for the Pharmaceutical Research and Manufacturers of America* |