

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 5, 2021

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

          Re:    *Pfizer Inc. v. United States Department of Health and Human Services, et al.*, No. 20 Civ. 4920 (MKV)

Dear Judge Vyskocil:

      This Office represents the defendants (the "Government") in the above-referenced action. We write respectfully in light of the supplemental letter brief filed by Plaintiff Pfizer Inc. on December 30, 2020 (ECF No. 58), discussing an HHS-OIG regulation regarding Anti-Kickback Statute ("AKS") safe harbors (85 Fed. Reg. 77684 (Dec. 2, 2020)), and a recently issued district court opinion discussing the AKS (*United States v. Regeneron Pharma, Inc.*, No. 20 Civ. 11217, 2020 WL 7130004 (D. Mass. Dec. 4, 2020)). *See* ECF No. 58.

      First, Defendants note that Pfizer's submission should arguably be stricken entirely, given that Pfizer did not observe the Court's individual practice directing that "[s]ur-reply memoranda will not be accepted without prior permission of the Court." Moreover, as reflected in Pfizer's letter (ECF No. 58 at 3), the relevant HHS-OIG regulation and district court opinion were both issued before Pfizer filed its Reply and Opposition Memorandum (ECF No. 53), and therefore could have been discussed therein; Pfizer's choice not to do so does not warrant a second bite at the apple.

      If the Court elects to accept Pfizer's supplemental submission, Defendants respectfully request the Court's leave to file a short letter briefly responding to certain characterizations in Pfizer's letter. Thank you for your consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General | AUDREY STRAUSS<br>Acting United States Attorney for the Southern District of New York |
| MICHELLE R. BENNETT<br>Assistant Branch Director | |
| JUSTIN M. SANDBERG<br>Senior Trial Counsel<br>R. CHARLIE MERRITT<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel.: (202) 514-5838/(202) 616-8098<br>justin.sandberg@usdoj.gov<br>robert.c.merritt@usdoj.gov | By: /s/ *Rebecca S. Tinio*<br>REBECCA S. TINIO<br>JACOB M. BERGMAN<br>JACOB T. LILLYWHITE<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel.: (212) 637-2774/2776/2639<br>Fax: (212) 637-2686<br>rebecca.tinio@usdoj.gov<br>jacob.bergman@usdoj.gov<br>jacob.lillywhite@usdoj.gov |

cc (via ECF):

Douglas Hallward-Driemeier
Ilana H. Eisenstein
ROPES & GRAY LLP
*Attorneys for Plaintiff*