UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PFIZER, INC.,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, and CHRISTI A. GRIMM,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2021
```

1:20-cv-04920-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On the consent of the parties, the Oral Argument previously scheduled for June 16, 2021 is adjourned to June 22, 2021 at 2:00PM. The argument will be held remotely by videoconference using the Microsoft Teams platform. The parties will receive links by email. Interested members of the public and media may listen to the argument by telephone using the following dial-in information:

    Number: 917-933-2166

    Access Code: 149464335#

**SO ORDERED.**

**Date:** **June 14, 2021**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**