

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

July 2, 2021

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Pfizer Inc. v. United States Department of Health and Human Services, et al.*, No. 20 Civ. 4920 (MKV)

Dear Judge Vyskocil:

      This Office represents the defendants (the "Government") in the above-referenced action. We write respectfully in response to plaintiff Pfizer Inc.'s letter describing its anticipated application to voluntarily dismiss Counts I through III of its Complaint, and to limit Count IV. ECF No. 78. The Government does not object to the proposed application.

      Respectfully submitted,

| | |
|---|---|
| BRIAN D. NETTER | AUDREY STRAUSS |
| Deputy Assistant Attorney General | United States Attorney for |
| | the Southern District of New York |
| MICHELLE R. BENNETT | |
| Assistant Branch Director | |
| | By:  /s/ *Rebecca S. Tinio* |
| JUSTIN M. SANDBERG | REBECCA S. TINIO |
| Senior Trial Counsel | JACOB M. BERGMAN |
| R. CHARLIE MERRITT | JACOB T. LILLYWHITE |
| Trial Attorney | Assistant United States Attorneys |
| U.S. Department of Justice | 86 Chambers Street, 3rd Floor |
| Civil Division, Federal Programs Branch | New York, NY 10007 |
| 1100 L Street, NW | Tel.:   (212) 637-2774/2776/2639 |
| Washington, DC 20005 | Fax:   (212) 637-2686 |
| Tel.: (202) 514-5838/(202) 616-8098 | rebecca.tinio@usdoj.gov |
| justin.sandberg@usdoj.gov | jacob.bergman@usdoj.gov |
| robert.c.merritt@usdoj.gov | jacob.lillywhite@usdoj.gov |

2

cc (via ECF):

Douglas Hallward-Driemeier
Ilana H. Eisenstein
ROPES & GRAY LLP
*Attorneys for Plaintiff*