## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC.<br><br>                         Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, and<br>XAVIER BECERRA, in his official capacity<br>as Secretary of Health and Human Services, and<br>UNITED STATES DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES OFFICE OF<br>INSPECTOR GENERAL, and<br>CHRISTI A. GRIMM, in her official capacity as<br>Acting Inspector General in the Office of Inspector<br>General for the U.S. Department of Health and<br>Human Services,<br><br>                         Defendants. | Case No. 1:20-cv-4920-MKV |

### Notice of Appeal

Notice is hereby given pursuant to Rules 3 and 4 of the *Federal Rules of Appellate Procedure* that Plaintiff Pfizer Inc. respectfully appeals to the United States Court of Appeals for the Second Circuit from the Judgment in favor of Defendants entered September 30, 2021 (Docket Entry 86), which was entered as a result of the Court's Opinion and Order Granting Defendants' Motion to Dismiss and for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, dated September 30, 2021 (Docket Entry 85), and from all underlying or associated orders.

[Signature Page Follows]

Dated: October 29, 2021                    Respectfully submitted,


/s/ Joan McPhee
Joan McPhee
Joan.McPhee@ropesgray.com
ROPES & GRAY LLP
1211 6th Avenue
New York, NY 10036
(212) 596-9000 (voice)
(212) 596-9090 (fax)

Douglas Hallward-Driemeier (pro hac vice)
Douglas.Hallward-Driemeier@ropesgray.com
Samantha Barrett Badlam (pro hac vice)
Samantha.Badlam@ropesgray.com
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4600 (voice)
(202) 508-4650 (fax)

Ilana H. Eisenstein (pro hac vice)
ilana.eisenstein@dlapiper.com
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
(215) 656-3300 (voice)
(215) 656-3301 (fax)

Loren H. Brown
loren.brown@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500 (voice)
(212) 335-4501 (fax)

*Attorneys for Plaintiff Pfizer, Inc.*